**Micheal Lee SPENCER, Sr.,** Plaintiff—Appellant,

v.

**Mark EARLEY, Office of the Virginia Attorney General; Commonwealth of Virginia, Department of Corrections; Brunswick Correctional Center; Office of Health Services; Eric M. Madsen; Ronald Angelone; Gene M. Johnson, Defendants—Appellees.**

No. 03–7037.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 24, 2003.

Decided Feb. 23, 2004.

Micheal Lee Spencer, Jr., Appellant pro se. Philip Carlton Hollowell, Office of the Attorney General of Virginia, Richmond, Virginia; Michael Eugene Ornoff, Ornoff & Arnold, PC, Virginia Beach, Virginia, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael Lee Spencer, Sr., appeals the district court's orders granting Defendants' motion to dismiss and denying Spencer's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Spencer v. Earley,* No. CA–01–1578–AM (E.D. Va. filed May 30, 2003 & entered June 2, 2003, filed July 15, 2003 & entered July 17, 2003). We deny Spencer's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*